IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02570-WYD-MJW

BNSF RAILWAY COMPANY,

    Plaintiff,

v.

LAVERN C. SCHEMPER,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

On June 16, 2006, the parties filed a Stipulation for Dismissal with Prejudice [# 20].  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

Dated:  June 19, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge